IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS GLASS,

      Appellant,

v.

TISHEBA JONES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5468

Opinion filed April 17, 2017.

An appeal from the Circuit Court for Duval County.
Lance M. Day, Judge.

Thomas Glass, pro se, Appellant.

No appearance, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, RAY, and BILBREY, JJ., CONCUR.